# CV 17 - 5916



## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

——————————————————————X

THE CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS, Servant:
XIU JIAN SUN, THE SPIRITUAL ADAM
54-25 153rd St., 2FL, Flushing, NY 11355,
646-675-0308.

Plaintiffs

v.

**The robbers, the bandits:**
STATE OF NEW YORK OFFICE
OF THE ATTOREY GENERAL &
CHARLES F. SANDERS, (Wang Xing Ren),
(Index No: 101013-2017)
120 Broadway, New York, NY 10271-0332,
(212) 416-8552/8610, WWW.AG.NY.GOV.
Case 1: 17-cv-5063 (ENV) (LB)- Attorneys for Defendants

**The robbers, the bandits:**
MICHAEL J. SIUDZINSKI, (Wang Xing Ren), &
Office of the Attorney General of NY,
120 Broadway, 24th Floor, New York, NY 10271,
212-416-8552 Fax: 212-416-6009
Email: michael.siudzinski@ag.ny.gov,
msiudzinski@gmail.com, oaglitd@ag.ny.gov,
Stephanie.rosenberg@ag.ny.gov,
Case 1: 17-cv-5063 (ENV) (LB)- Attorneys for Defendants

**The robbers, the bandits:**
ERIC T. SCHNEIDERMAN Attorney General, &
STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 101013-2017)
120 Broadway, 24th Floor, New York, NY 10271,
(212) 416-8552/8610/8593, WWW.AG.NY.GOV.
(Index No: 4932-2014, Docket No. 2014-00029, Attorneys for



Apply for jury
to prevent insult
and unfair behavior

**DONNELLY, J.**

**GOLD, M.J.**

Defendant New York State Department of Motor Vehicles,
Case 1: 17-cv-5063 (ENV) (LB)-Attorneys for Defendants.

## The robbers, the bandits:
KENT T. STAUFFER &
EXECUTIVE DEPUTY ATTORNEY
GENERAL DIVISION OF STATE COUNSEL
120 Broadway, New York, NY 10271-0332,
(212) 416-8552/8610, WWW.AG.NY.GOV.
Case 1: 17-cv-5063 (ENV) (LB)

## The robbers, the bandits:
LISA R. DELL &
ASSISTANT ATTORNEY GENERAL
IN CHARGE LITIGATION BUREAU
120 Broadway, New York, NY 10271-0332,
(212) 416-8552/8610, WWW.AG.NY.GOV.
Case 1: 17-cv-5063 (ENV) (LB)

## The robbers, the bandits:
ERIC N. VITALIANO **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-1083 (ENV) (CLP), 1: 16-cv-5734 (ENV) (CLP), 1: 17-cv-1570 (ENV) (LB),
1: 17-cv-5000 (ENV) (LB), 1: 17-cv-5063 (ENV) (LB).

## The robbers, the bandits:
DOUGLAS C. PALMER **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-1083 (ENV) (CLP), 1: 16-cv-3937 (LDH) (LB), 1: 16-cv-5276 (LDH) (LB), 1:
16-cv-5734 (ENV) (CLP), 1: 17-cv-1570 (ENV) (LB), 1: 17-cv-5000 (ENV) (LB), 1: 17-cv-
5063 (ENV) (LB).

## The robbers, the bandits:
JALITZA POVEDE **(Pharisees)**
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.

Case 1: 17-cv-5000 (ENV) (LB), 1: 17-cv-5063 (ENV) (LB).

**The robbers, the bandits:**
BRENNA B. MAHONEY,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.

**The robbers, the bandits:**
COREY NGUYEN,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.

**The robbers, the bandits:**
CAROL MCMAHON,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.

**The robbers, the bandits:**
LOIS BLOOM **(Pharisees)**
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-3937 (LDH) (LB), 1: 16-cv-5276 (LDH) (LB), 1: 17-cv-1570 (ENV) (LB), 1: 17-cv-5000 (ENV) (LB), 1: 17-cv-5063 (ENV) (LB),

**The robbers, the bandits:**
CHERYL L. POLLAK **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-1083 (ENV) (CLP), 1: 16-cv-5734 (ENV) (CLP), 1: 17-cv-1570 (ENV) (LB)

**The robbers, the bandits:**
JANET HAMILTON **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-1083 (ENV) (CLP), 1: 16-cv-3937 (LDH) (LB), 1: 16-cv-5276 (LDH) (LB), 1: 16-cv-5734 (ENV) (CLP), 1: 17-cv-1570 (ENV) (LB)

**The robbers, the bandits:**

MICHELE GAPINSKI **(Pharisees)**
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
(Case 1:16-cv-01083-ENV-CLP) 03/04/16 寄来信件中
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.

**The robbers, the bandits:**

LASHANN DEARCY HALL **(Pharisees)**
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza E., Brooklyn, NY 11201, (718) 613-2600/2270.
Case 1: 16-cv-3937 (LDH) (LB), 1: 16-cv-5276 (LDH) (LB)

**The robbers, the bandits:**

ALFONSE D'AMATO FEDERAL COURTHOUSE
100 Federal Plaza, Central Islip, NY 11722, 718-613-2270.

**The robbers, the bandits:**

ROBERT A. KATZMANN **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-950cv, 16-3103cv, 16-3557cv, 17-1215cv, 17-1217cv)

**The robbers, the bandits:**

CATHERINE O' HAGAN WOLFE **(Pharisees)**
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-950cv, 16-3103cv, 16-3557cv, 17-1215cv, 17-1217cv)

**The robbers, the bandits:**

YANA SEAGO (Docket No. 16-3103cv)
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.

**The robbers, the bandits:**

DANA DOWOOD, (Docket No. 16-3557cv)
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.

**The robbers, the bandits:**

John M. Walker, Jr. **(Pharisees)**
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-3103cv)

**The robbers, the bandits:**

Debra Ann Livingston **(Pharisees)**
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-3103cv)

**The robbers, the bandits:**

Gerard E. Lynch **(Pharisees)**
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-3103cv)

**The robbers, the bandits:**

Lucille M. Carr **(Pharisees)**
U.S. Court of Appeals for the Second Circuit
40 Foley Square, New York, NY 10007, (212) 857-8500.
(Docket No. 16-3103cv)

**The robbers, the bandits:**

ERNEST J. CAVALLO **(Pharisees)**
Civil Court of the City of New York Country of Queens
(Index No: CV-009020-13/QU-Yu)
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7138.

**The robbers, the bandits:**

CAROL ALT, **(Pharisees)**
Civil Court of the City of New York Country of Queens
(Index No: CV-009020-13/QU-Yu, CV-016456-13/QU-Fung,
CV-142897-09/QU-Restaurant),
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7100.

**The robbers, the bandits:**

JOHN S. BARRY
Civil Court of the City of New York Country of Queens
(Index No: CV-016456-13/QU-Fung),

89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7100.

**The robbers, the bandits:**
MAUREEN GIDDENS
Civil Court of the City of New York Country of Queens
(Index No: CV-016456-13/QU-Fung),
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7100.

**The robbers, the bandits:**
TIMOTHY J. DUFFICY, **(Pharisees)**
Civil Court of the City of New York Country of Queens
(Index No: CV-142897-09/QU-Restaurant)
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7138.

**The robbers, the bandits:**
WILLIAM A. VISCOVICH, **(Pharisees)**
Civil Court of the City of New York Country of Queens
(Index No: CV-016456-13/QU-Fung)
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7138.

**The robbers, the bandits:**
AKWEI OKO ACQUAYE, **(Pharisees)**
Queens Country Civil Court Small Claims Part
(Index No: QSC 538-12-101-Yu, QSC 537-12-101-Fung)
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718)-262-7123.

**The robbers, the bandits:**
JAGESHWAR. SHARNA, **(Pharisees)**
Queens Country Civil Court Small Claims Part
(Index No: QSC 4252-14-101-Maria)
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718)-262-7123.

**The robbers, the bandits:**
DAVID S. SHOTTEN, **(Pharisees)**
Suffolk County District Court-Fifth District
(Index No: SC-000791-14/IS-Liu)
3105 Veterans Memorial Highway, Ronkonkoma, NY 11779,
(631)-854-9673/9676.

**The robbers, the bandits:**
LEN BROWN, **(Pharisees)**

Suffolk County District Court-Fifth District
(Index No: SC-000791-14/IS-Liu)
3105 Veterans Memorial Highway, Ronkonkoma, NY 11779.
(631)-854-9673/9676.

**The robbers, the bandits:**
VINCENT J. MARTORANA, **(Pharisees)**
Suffolk County District Court-Fifth District
(Index No: SC-000791-14/IS-Liu)
3105 Veterans Memorial Highway, Ronkonkoma, NY 11779.
(631)-854-9673/9676.

**The robbers, the bandits:**
CAROLANN MCCLAIN,
Suffolk County District Court-Fifth District
(Index No: SC-000791-14/IS-Liu)
3105 Veterans Memorial Highway, Ronkonkoma, NY 11779,
(631)-854-9673/9676.

**The robbers, the bandits:**
MICHAEL PAPARATTO,
Suffolk County District Court-Fifth District
(Index No: SC-000791-14/IS-Liu)
3105 Veterans Memorial Highway, Ronkonkoma, NY 11779,
(631)-854-9673/9676.

**The robbers, the bandits:**
Supreme Court of the State of New York
Appellate Term, Second Judicial Department &
MICHELLE WESTON, J.P., **(Pharisees)**
(Appellate Team Docket No. 2013-02612 Q C-Yu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
THOMAS P. ALIOTTA **(Pharisees)**
(Appellate Team Docket No. 2013-02612 Q C-Yu, 2014-00478 Q C-Fung)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
DAVID ELLIOT, JJ, **(Pharisees)**
(Appellate Team Docket No. 2013-02612 Q C-Yu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
PAUL KENNY, **(Pharisees)**
(Appellate Team Docket No. 2013-02612 Q C-Yu,
2014-00478 Q C-Fung, 2015-1267 S C-Liu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
MICHAEL L. PESCE, P.J., **(Pharisees)**
(Appellate Team Docket No. 2014-00478 Q C-Fung)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
MARTIN M. SOLOMON. JJ, **(Pharisees)**
(Appellate Team Docket No. 2014-00478 Q C-Fung)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
ANGELA G. IANNACCI, J.P., **(Pharisees)**
(Appellate Team Docket No. 2015-1267 S C -Liu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
ANTHONY MARANO **(Pharisees)**
(Appellate Team Docket No. 2015-1267 S C -Liu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
JERRY GARGUILO, JJ., **(Pharisees)**
(Appellate Team Docket No. 2015-1267 S C -Liu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
FRANCESCA E. CONNOLLY, JJ., **(Pharisees)**
(Appellate Team Docket No. 2015-1754 S C -Liu)
141 Livingston Street, 15th FL., Brooklyn, NY 11201, 347-401-9580.

**The robbers, the bandits:**
Supreme Court of the State of New York County of Queens &
CHEREE A. BUGGS **(Pharisees)**
(Index No: 5409/2017)

88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
ROBERT J. MCDONALD **(Pharisees)** (Index No: 7149/2017)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
CARMEN VELASUEZ **(Pharisees)** (Index No: 7155/2017)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
DARRELL L. AVRIN **(Pharisees)** (Index No: 7156/2017)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
PETER J. O'DONOGHUE **(Pharisees)**
(Index No: 2728/2013)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
LEONARD LIVOTE **(Pharisees)**
(Index No: 9136/2014, 9436/2014-交通局, 13994/2014)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
ALLAN B. WEISS **(Pharisees)**
(Index No: 8116/2015, 9076/2015)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
TIMOTHY J. DUFFICY **(Pharisees)**
(Index No: 8986/15, 10421/15, CV-142897-09/QU-Restaurant)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
WILLIAM A. VISCOVICH **(Pharisees)**
(Index No: CV-016456-13/QU-Fung)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
AUDREY I. PHEFFER **(Pharisees)**

(Index No: 4932/2014-Law, 13994/2014, 2728/2013, 10421/15, 9076/2015, 8986/15, 8116/2015, 9136/2014, 9436/2014-交通局,)
88-11 Sutphin Blvd., Jamaica, NY 11435, 718-298-0601/1024.

**The robbers, the bandits:**
SUPREME COURT OF THE STATE OF
NEW YORK COUNTY OF QUEENS &
PRELIMINARY CONFERENCE PART Room 314
(Index No: (Index No: 9136-2014, 8116-2015, 8986-2015, 10421-2015,
5409-2017, 7149-2017, 7155-2017, 7156-2017)
88-11 Supthin Blvd., Room 314, Jamaica, NY 11435,
PC Hearing Room Phone: (718) 298-1046,

**The robbers, the bandits:**
DICCIA T. PINEDA-KIRWAN **(Pharisees)**
(Index No: 4932/2014-Law)
2510 Court Square-Courtroom 233 Long Island City, NY 11101,
718-298-1682.

**The robbers, the bandits:**
Supreme Court of the State of New York County of New York &
(Home address of Pharisees family, Index No: 101002/15)
60 Centre Street, NY, NY 10007, 646-386-3600.

**The robbers, the bandits:**
JAFFE, BARBARA **(Pharisees)** (Index No: 100603/17),
60 Centre Street, NY, NY 10007, 646-386-5950.

**The robbers, the bandits:**
LEBOVITS, GERALD **(Pharisees)**
(Index No: 100946/17),
60 Centre Street, NY, NY 10007, 646-386-3600.

**The robbers, the bandits:**
COHEN, DAVID BENJAMIN **(Pharisees)**
(Index No: 100947/17),
60 Centre Street, NY, NY 10007, 646-386-3600.

**The robbers, the bandits:**

BANNON, NANCY M. **(Pharisees)**
(Index No: 101013/17),
60 Centre Street, NY, NY 10007, 646-386-3237.

**The robbers, the bandits:**
MILTON ADAIR TINGLING **(Pharisees)**
(Index No: 101002/15)
60 Centre Street, NY, NY 10007, 646-386-3600.

**The robbers, the bandits:**
Supreme Court of the State of New York County of Kings &
EDGAR G. WALKER **(Pharisees)**
(Index No: 11709/15),
360 Adams Street, Brooklyn, NY 11201, 347-404-9760 & 9937.

**The robbers, the bandits:**
NANCY T. SUNSHINE **(Pharisees)**
(Index No: 11709/15),
360 Adams Street, Brooklyn, NY 11201, 347-404-9760 & 9937.

**The robbers, the bandits:**
Supreme Court of the State of New York County of Bronx &
DONNA M. MILLS **(Pharisees)**
(Index No: 301088/2017),
851 Grand Concourse, Bronx, NY 10451, 718-618-1400.

**The robbers, the bandits:**
Supreme Court of the State of New York County of Richmond &
ORLANDO MARRAZZO, JR. **Pharisees)**

26 Central Avenue (room 131), Staten Island, NY 10301, Phone: 718-675-8700.

**The robbers, the bandits:**
Supreme Court of the State of New York County of Nassau
100 Supreme Court Drive, Mineola, New York 11501, 516-493-3400.
(Index No: 3382/17).

**The robbers, the bandits:**
Supreme Court, State of New York Appellate Division, Second Department &
WILLIAM F. MASTRO, J.P., **(Pharisees)**

(Docket No. 00693-14, 12614-15, 12615-15, 2014-8945/Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**REINALDO E. RIVERA (Pharisees)**
(Docket No. 00693-14, 12614-15, 12615-15),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**JOHN M. LEVENTHAL (Pharisees)**
(Docket No. 00693-14, 12614-15, 12615-15, 2014-08945/Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**MARK C. DILLON, J.P. (Pharisees)**
(Docket No. 2015-06399-Lam, 2016-00379-Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**SHERI S. ROMAN (Pharisees)**
(Docket No. 2015-06399-Lam, 2016-00379-Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**SYLVIA O. HINDS-RADIX (Pharisees)**
(Docket No. 2015-06399-Lam, 2016-00379-Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**COLLEEN D. DUFFY, JJ., (Pharisees)**
(Docket. 693-14, 12614-15, 12615-15, 2014-8945/Law, 2015-6399-Lam, 2016-379-Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**JOHN D'AMICO** (Docket No. 2015-06399-Lam, 2016-379-Law)
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
**RANDALL T. ENG,** (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

MEL E. HARRIS, (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

KAREN HOCHBERG TOMMER, (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

MARIA T. FASULO, (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

DARRELL M. JOSEPH, (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

KENNETH BAND, (Docket No. 2015-06399-Lam, 2014-08945/Law, 00693-14, 2015-06399-Lam)

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

BETSY BARROS, JJ., **(Pharisees)**
(Docket No. 2014-08945/Law),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

RUTH C. BALKIN **(Pharisees)**
(Docket No. 2015-00029 -交通局),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**

THOMAS A. DICKERSON **(Pharisees)**
(Docket No. 2015-00029 -交通局),

45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
HECTOR D. LASALLE, JJ., **(Pharisees)**
(Docket No. 2015-00029 -交通局),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
APRILANNE AGOSTINO **(Pharisees)**
(Docket No. 00693-14, 12614-15, 12615-15, 2014-08945/Law, 2015-00029 -交通局),
45 Monroe Place, Brooklyn, NY 11201, 718-875-1300, 718-722-6324/6330.

**The robbers, the bandits:**
PETER B. SKELOS, J.P. **(Pharisees)**
(Docket No. 2015-00029 -交通局),
(Supreme Court of The State of New York Appellate
Division, Second Department,
45 Monroe Place, Brooklyn, NY 11201, Already it does not work here),
333 Earle Ovington Blvd., Uniondale, NY 11553.

THE CITY OF NEW YORK HUMAN RESOURCES
ADMINSTRATION FAMILY INDEPENDENCE ADMINSTRATION &
H. CHOW
34-00 Northern Boulevard, Long Island, City 11101, 718-610-2948;
(Case Number: 00009807190F, Case 1:17-cv-05000-ENV-LB).

DENISE DAVID
34-00 Northern Boulevard, Long Island, City 11101, Office No. Unit No. 718-752-7017; Worker No. 00034; Telephone No. 718-606-3131;
(Case: 0009807190-01-01), Case 1:17-cv-05000-ENV-LB).

**The robbers, the bandits:**
STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES
366 West 31st Street, New York, NY 10001.
(Index No: 9436/2014, Docket No. 2015-00029)

**The robbers, the bandits:**
109 precinct and 2 female enforcement police officer from 109 precinct
3705 Union St., Flushing, NY 11354, 718-321-2250,
Index No: 9076-2015.
Jehovah, the Lord god of hosts sent messenger through the angel said to

spiritual Adam: "Bring it to be in front of their king."

**The robbers, the bandits:**
KIN CHEUNG Civil Servant Interpreter
(Docket No. 06399-15-Lam, 00379-16-Law.
89-17 Sutphin Boulevard, Jamaica, NY 11435, (718) 262-7138,
45 Monroe Place, Brooklyn, NY 11201,
(718) 875-1300, (718) 722-6324 & 6330,
Case 1:16-cv-05734-ENV-CLP, 2017-1215.

**lawyers:**
**The robbers, the bandits:**
SEAN P. GREENE (Wang Xing Ren), 16-3103cv
Assistant United States Attorney, eastern District of New York,
271 Cadman Plaza East, 7FL., Brooklyn, NY 11201,
718-254-6484, sean.greene@usdoj.gov.

**The robbers, the bandits:**
ROBERT L. CAPERS (Wang Xing Ren), 16-3103
United States Attorney Eastern District of New York,
271 Cadman Plaza East 7FL, Brooklyn, NY 11201, (718) 254-6484.

**The robbers, the bandits:**
VARUNI NELSON, (Wang Xing Ren), 17-1217
United States Attorney's Office for the Eastern District of New York,
271-A Cadman Plaza East, 7FL., Brooklyn, NY 11201. 718-254-6015.

**The robbers, the bandits:**
BRIDGET M. ROHDE, Acting United States Attorney, 17-1217
United States Attorney's Office, Eastern District of New York
271 Cadman Plaza East, Brooklyn NY 11201,
(718)254-7000 fax: (718)254-7508

**The robbers, the bandits:**
ZACHARY W. CARTER &
New York City Law Department Office of Corporation Counsel,
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
100 Church Street, New York, NY 10007.
(212) 356-0800, (Case 1:16-cv-01083-ENV-CLP, 16-950).

**The robbers, the bandits:**
ARON M. BLOOM, (Wang Xing Ren),

New York City Law Department Office of Corporation Counsel,
Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv,
100 Church Street, New York, NY 10007,
(212) 356-0800, Case 1:16-cv-01083-ENV-CLP, 2016-950-Pharisees).

**The robbers, the bandits:**
D. STAN O'LOUGHLIN, (Wang Xing Ren), &
ATTORNEY GENERAL'S OFFICE OF ERIC T SCHNEIDERMAN,
ATTORNEY GENERAL OF STATE OF NEW YORK,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 101013-2017)
120 Broadway, 24th Floor, New York NY 10271,
(212) 416-8552/8610/8593,
(Index No: 9436/2014, Docket No. 2015-00029, Attorneys for Defendant New York State
Department of Motor Vehicles).

**The robbers, the bandits:**
DAVID LAWRENCE III, (Wang Xing Ren), Assistant Solicitor General &
OFFICE OF THE ATTORNEY GENERAL DIVISION OF APPEALS &
OPINIONS & NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL;
State of New York Office of the Attorney General,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 101013-2017)
120 Broadway, 25th Floor, New York, NY 10271, (212)-416-8023/8020, Case:
1:16-cv-01083-ENV-CLP, 2016-950, (Index No: 4932-2014, Docket No. 2014-00029,
Attorneys for Defendant New York State Department of Motor Vehicles).

**The robbers, the bandits:**
BARBARA D. UNDERWOOD Solicitor General
120 Broadway, New York, NY 10271-0332,
(212) 416-8552/8610, WWW.AG.NY.GOV.

**The robbers, the bandits:**
OREN L. ZEVE, (Wang Xing Ren),
(Index No: 100603-2017)
State of New York Office of the Attorney General,
120 Broadway, 25FL., New York, NY 10271; 212-416-8882,
(Case No: 16-3103, 16-3557, 17-1215, 17-2314).

**The robbers, the bandits:**
DANIELE DEZAGO, (Wang Xing Ren), & LAW OFFICES OF
SANTANGELO, BENVENUTO & SLATTERY,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 3382/17)
1800 Northern Blvd., Roslyn, NY 11576. (516)-775-2236,
(Index No: 2728-2013, Docket No. 2014-00693-Wu Hua Jing).

**The robbers, the bandits:**
KENNETH KIM, ESQ. (Wang Xing Ren) & LAW
OFFICES OF SANTANGELO, BENVENUTO & SLATTERY,
(Index No: 3382/17)
1800 Northern Blvd., Roslyn, NY 11576. (516)-775-2236,
(Index No: 100947-17-Wu Hua Jing).

**The robbers, the bandits:**
HOWARD D. KOLODNY, M.D., (Wang Xing Ren),
(Index No: 3382/17)
1800 Northern Blvd., Roslyn, NY 11576. (516)-775-2236,
(Index No: 2728-2013. 2014-00693, Howard D. Koldny, the doctor hired by defendant
Daniele Dezago).

**The robbers, the bandits:**
JAMES W. TUFFIN, (Wang Xing Ren),
Law Offices of Santangelo, Benvenuto & Slattery,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv)
One CA Plaza Suite 225, Islandia, New York 11749 and
4835 E. cactus Rd. Suite 210, Scottsdale, Arizona 85254. (516) 359-6420,
(Index No: 2728-2013, Docket No. 2014-00693-Wu Hua Jing).

**The robbers, the bandits:**
ANTHONY J. PROSCIA, (Wang Xing Ren), &
Kaufman Dolowich & Voluck, LLP., (Index No: 3382/17)
135 Crossway park Drive, Suite 201, Woodbury, NY 11797, 516-681-1100,
60 Broad Street, Suite 36FL., New York, NY 10004,
212-485-9600, AProsia@kdvlaw.com,
(Case 1:2016-cv-3937 (LDH) (LB), 2016-3103 cv, Attorneys for Defendants Daniele Dezago
& James W. Tuffin).

**The robbers, the bandits:**
MICHAEL P. KELLY, ESQ. (Wang Xing Ren),
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN &
JONES HIRSCH CONNORS MILLER & BULL P.C.
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 3382/17,100947/17, 301088/17)
105 Maxess Road, Suite 303, Melville, NY 11747.
(631)-232-6130 (631)-227-6362,
800 Westchester Avenue, suite 700, Rye Brook, NY 10573,

(914）977-7300),
(Index No: 2728-2013, Docket No. 2014-00693-Dustin Triet Nguyen).

**The robbers, the bandits:**
JAMES P. CONNORS, Esq, (Wang Xing Ren), &
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN &
JONES HIRSCH CONNORS MILLER & BULL P.C.
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100947/17, 301088/17,3382/17)
105 Maxess Road, Suite 303, Melville, NY 11747.
(631)-232-6130 (631)-227-6362,
800 Westchester Avenue, suite 700, Rye Brook, NY 10573,
(914）977-7300),
(Index No: 2728-2013, Docket No. 2014-00693-Dustin Triet Nguyen).

**The robbers, the bandits:**
CHARLES T. GURA, Esq, (Wang Xing Ren), &
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN &
JONES HIRSCH CONNORS MILLER & BULL P.C.
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100947/17, 301088/17,3382/17)
800 Westchester Avenue, suite 700, Rye Brook, NY 10573,
(914）977-7300,
105 Maxess Road, Suite 303, Melville, NY 11747.
(631)-232-6130 (631)-227-6362),
(Index No: 2728-2013, Docket No. 2014-00693-Dustin Triet Nguyen).

**The robbers, the bandits:**
ANGELA M. EVANGELISTA, Esq, (Wang Xing Ren), &
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN &
JONES HIRSCH CONNORS MILLER & BULL P.C.
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100947/17, 301088/17,3382/17)
800 Westchester Avenue, suite 700, Rye Brook, NY 10573,
(914）977-7300,
105 Maxess Road, Suite 303, Melville，NY 11747.
(631)-232-6130 (631)-227-6362),
(Index No: 2728-2013, Docket No. 2014-00693-Dustin Triet Nguyen).

**The robbers, the bandits:**
Michael P. Kelly, Esq. (Wang Xing Ren), James P. Connors,
Esq. (Wang Xing Ren), Charles T. Gura, Esq. (Wang
Xing Ren), Angela M. Evangelista, Esq. (Wang Xing Ren),
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100947/17)

Jones Hirsch Connors Miller & Bull P. C.,
One Battery Park Plaza, New York, NY 10004.
(212)- 527 1000, (Index No: 2728-2013, Docket No. 2014-00693-Dustin Triet Nguyen, Doctor's lawer notified the change of represent lawer and address of law firm on date of May 27th, 2014).

**The robbers, the bandits:**
WILLIAM YEUNG (Wang Xing Ren), &
LAW OFFICE OF YEUNG & WANG PLLC,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 7156/17)
39-01 Main St Suite 509, Flushing, NY 11354, (718)-888-0090,
(Index No: SCQ 537/2012-101, CV-016456-13/QU, Docket No. 2014-00478QC-Yuk Y Fung). * Through the angel, the Israel god says, **"Bandit"**(盜匪).

**The robbers, the bandits:**
CHRISTOPHER J. BAUM, (Wang Xing Ren) & BAUM & BAILEY, P.C.,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100946-2017)
48 Wall Street, 11th Floor, New York, NY 10005, (212)-918-4519,
(Index No: 4932-2014, Docket No. 2014-08945-William Yeung).

**The robbers, the bandits:**
THOMAS BAILEY, (Wang Xing Ren), & BAUM & BAILEY, P.C.,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100946-2017)
48 Wall Street, 11th Floor, New York, NY 10005, (212)-918-4519,
(Index No: 4932-2014, Docket No. 2014-08945-William Yeung)

**The robbers, the bandits:**
STEPHEN MULLKOFF, ESQ, (Wang Xing Ren),
DEMIDCHK LAW FIRM, P.L.L.C.,
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 101002-2015, 101013-2017)
305 Broadway Suite 1418, New York, NY 10007, (212) 961-7390,
(Index No: 13994-2014, Docket No.2015-06399-Lam).

**The robbers, the bandits:**
BILL & LYNNE BAILEY, DICK BAILEY SERVICE INC &
DICK BAILEY (Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv),
25 Chapel Street, Suite 602, Brooklyn NY 11201,
(718)-522-4363, appeals@dickbailey.com,
(Index No: 11709-15, Docket No.2016-00379).

**The robbers, the bandits:**
WILLIAM BAILEY (Wang Xing Ren)
25 Chapel Street, Suite 602, Brooklyn NY 11201,

(718)-522-4363, appeals@dickbailey.com,
(Index No: 11709-15, Docket No.2016-00379).

**The robbers, the bandits:**
PHILIP O. OHENE, (Wang Xing Ren),
(Case 1: 16-cv-3937 (LDH) (LB), 16-3103cv, Index No: 100041-2017).
805 Castleton Avenue, 2nd FL., Staten Island, NY 10310,
(718)-727-6607,
(Index No: 11709-15, Docket No. 2016-00379-Dick Bailey service INC Bill & Lynne Bailey).

----------

JIAN BIAO YU & Y. J. B. INT'L., INC.,
220-44 64TH AVE., 3FL, Bayside, NY 11361,
275 Monitor St., Brooklyn, NY 11222,
(Index No: SCQ 538/2012-101, CV-009020/13/QU, 7155-17, Docket No. 2013-02612 QC).

YUK Y FUNG,
36-27 169th St., Flushing, NY 11358;
152-18 Union Turnpike, 12P, Queens, NY 11367,
40-19 Murray St., Flushing, NY 11355;
(Index No: SCQ 537/2012-101, CV-016456-13/QU, Docket No. 2014-00478QC).

WANG KOREAN RESTAURANT INC;
YUK Y FUNG -Daughter-in-law,
149-09 41th Ave., Flushing, NY 11355,
(Index Number: CV-142897-09/QU, 7156-17)

MIN LIU, (Index No: SC-791-14/IS, Docket No. 2015-1267 SC, 2015-1754 SC).
129 Stuyvesant Drive., Port Jefferson Station, NY 11776.

MARIA ANTERI & PAUL (Index No: 8116-15)
32-09 171st St., Flushing, NY 11358.

WILL WAY CHEN, (Index No. 9136-2014),
36-14 Union ST., 3FL, Flushing, N Y 11354, 929-500-6690, 718-414-6019,

Kirin Transportation Inc & limousine driver, (Index No: 10421-2015)
16705 Hillside Ave, Jamaica, NY 11432, 13110 40th Rd, Flushing, NY 11354,
14204 Bayside Ave, Flushing, NY 11354, (718) 661-3888,
718- 526-8888, 917-297-0325,

United States Post Office, (Index No: 8986-2015)
4165 Main St., #1 Flushing, NY 11355, 718- 321-6893,

DUSTIN T. NGUYEN M.D, (Index No: 2728-2013, 100947/17, Docket No. 2014-00693)
84 Bowery St 4th FL., New York, NY 10013.

WU HUA JING M.D. PHD, (Index No: 2728/13, 100947/17, Docket No.2014-00693)
8 Chatham Square #800, New York, NY 10038.

--------
To here (到了这里):
BETTY LAM & WAN J. LAM, (Index No. 13994/14, 7149/17, Docket No.2015-06399)
32-28 171st St., Flushing, NY 11358, 347-993-0432
Jehovah, -the Lord god of host, sends the messenger through the angel says to spiritual Adam, **"Next time, still like this when comes to the ground."** (Says to snake in Eden.). (当下次，来到地上还是这样." 对伊甸园中蛇说的).

DAN DAN CHEN (Nursing Mothers)
X X. X (Pregnant Women), (Index No. 5409/17)
54-25 153rd St., 2FL, Flushing, NY 11355.
Defendants
X
_____

## COMPLAINT

TO UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

The complaint of the plaintiffs, -god's servant，Xiu Jian Sun, the spiritual Adam  respectfully shows and alleges as follows.

1. Jehovah, -the Lord God of host, sent the messenger through angel said to spiritual Adam: **"the robbers, the bandits."** (强 盗，土 匪) 09/19/2017 (Servant then pondering who he is talking to. 仆人就思考是对谁说的)

2. In the morning of date of December 10, 2016, when the book of Brief of the Appellant made near completion. The lord god of hosts sent the messenger

to the spiritual Adam through angel, saying. **'The Pharisees have appropriated widow's possessions.'** (法利赛人侵吞寡妇的财产)

3. Prior to Pharisees sent letter to ask servant to modify brief: The Lord god of hosts sent messenger speaks to spiritual Adam- plaintiff, through the angel, says: **'Pharisees even swallowed dead people's bones.'** (法利赛人连死人的骨头都吐下去) 05/2017.

4. Jehovah, -the Lord God of host, sent the messenger through angel said to spiritual Adam: **"Wang Xing Ren."** (汪星人)

5. 109 precinct and 2 female enforcement police officer from 109 precinct 3705 Union St., Flushing, NY 11354, 718-321-2250, Index No: 9076-2015. Jehovah, the Lord god of hosts sent messenger through the angel said to spiritual Adam: **"Bring it to be in front of their king."** (把它带到她们的王面前去)

6. Jehovah, -the Lord god of host, sends the messenger through the angel says to spiritual Adam, **"Next time, still like this when comes to the ground."** (Says to snake in Eden.). (当下次，来到地上还是这样." 对伊甸园中蛇说的).

7. Jehovah, -the Lord god of host gives the words to servant (Plaintiff) in the temple he made, **"Trial with god's law. Apply for jury to prevent insult and unfair behavior."**

8. I (servant) would like to request a Mandarin Chinese court interpreter for my appeal court day。

Dated: October 10, 2017
            Queens, New York

                                    The Church of Jesus Christ of Latter-day saints

Servant: Xiu Jian Sun, the spiritual Adam
            Xiu Jian Sun, the spiritual Adam
            54-25 153rd St., 2FL
            Flushing, NY 11355
            646-675-0308
            Plaintiffs

## STATEMENT OF SUBJECT MATTER AND
## APPELLATE JURISDICTION

In the nights from February 29th to March 1st, 2016, the Lord god of host, - Jehovah sent the messenger said to servant, "seeking for profit, gang organization."

In the morning of date of December 10，2016，when the book of Brief of the Appellant made near completion. The lord god of hosts sent the messenger to the spiritual Adam through angel，saying.'The Pharisees have appropriated widow's possessions。'（法利赛人侵吞寡妇的财产）

## Statement of the Case

1. Prior to Pharisees sent letter to ask servant to modify brief: The Lord god of hosts sent messenger speaks to spiritual Adam- plaintiff, through the angel, says: 'Pharisees even swallowed dead people's bones.' (法利赛人连死人的骨头都吐下去.)

2. Jehovah,- the Lord of the host, sent the messenger said to servant: "Woe unto the Pharisees and the lawyers。" (法利赛人和律法师有祸了）

6



**NYCOURTS.GOV**

Queens Supreme Court

## CIVIL TERM - PART RULES

### Preliminary Conference Part

Room 314
**Referee Richard Lazarus**
Queens Supreme Court
88-11 Supthin Blvd.
Jamaica, NY 11435
PC Hearing Room Phone: (718) 298-1046

A preliminary conference shall be held within 45 days of the RJI date.

Preliminary conference calendars will be held on Monday, Tuesday, Wednesday and Thursday of each week.

One short adjournment may be granted for good cause.

There will be calls of the calendar at 9:30 a.m. or 11:30 a.m. based upon the part. Please see the PC schedule below for each part. Prompt attendance is required.

Counsel must appear, be familiar with the case and fully authorized to enter into an agreement on both substantive and procedural matters on behalf of their client.

At the conference, inquiry may be made regarding any of the following matters where appropriate:

- Simplification and limitation of factual and legal issues.

- Establishment of timetable for the completion of all disclosure proceedings

- Addition of other necessary parties

- Settlement of the action

- Any other matters that the court may deem relevant

**Failure to appear may result in the issuance of a court prepared Preliminary Conference order including a discovery schedule, which must be complied with under penalty of sanction pursuant to CPLR 3124, 3216.**

### Preliminary Conference Schedule

Effective **January 5, 2015** the Preliminary Conference Part will be held in Room 314 on four days a week (MONDAY, TUESDAY, WEDNESDAY, AND THURSDAY). The P.C. calendar schedule will be modified as follows (Italics and asterisks indicates change):

| Day | **88-11 Sutphin Blvd., Room #314** | |
|---|---|---|
| | 9:30 a.m. | 11:30 a.m. |
| Mon: | J. Weiss (Part2)<br>J. Gavrin (Part 27-NYCTA cases)<br>J. Sampson (Part 31)<br>J. Pineda-Kirwan (Part 36) | J. Grays (Part 4)<br>J. Greco (Part32) |
| Tues: | J. Dufficy (Part 35)***<br>J. O'Donoghue (MDP)**<br>*J. Livote (Part 33)****<br>J. Schulman (Part 29)**** | J. Esposito (Part 26)<br>*J. Taylor (Part I5)****<br>*J. Raffaele (Part I3)**** |
| Wed: | J. Lane (Part 6 - City Cases)<br>J. Elliot (Part 14)<br>J. Buggs (Part 30)<br>J. McDonald (Part 34) | J. Kerrigan (Part 10 - City Cases)<br>*J. Modica (Part37)* *** |
| Thu: | J. Butler (Part 12)<br>J. Velasquez (Part 38) ***<br>J. Purificacion (Part 39) *** | J. Risi (Part 3)<br>J. Jackman Brown (Part 19)****<br>Referee PC Calendar |

Web page updated: July 12. 2017

**NYS SUPREME CIVIL
60 CENTRE STREET
SUBMISSIONS PART
ROOM 130**

Date  _9-28-17_

Dear Litigant / Counselor:

Please be advised that your motion is assigned to Judge/Justice _Bannon_ .

You would need to contact either the courtroom or chambers for any future, updated status regarding the motion. The courtroom is located at _111 Centre St_ Room _1127B_ (Part _42_ and the telephone number is _(646) 386 3237_ . Please be ready to give the court staff your index number _101013 / 2017_

Thank you,
*Submissions Clerk*